Nina E. **OLSON**, Petitioner

v.

**MERIT SYSTEMS PROTÉCTION BOARD**, Respondent.

No. 2015–3023.

United States Court of Appeals, Federal Circuit.

June 4, 2015.

Robert S. Horwitz, Law Offices of A. Lavar Taylor, Santa Ana, CA, argued for petitioner.

Michael Anton Carney, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by Bryan G. Polisuk.

DYK, TARANTO, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**